IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACK VANDERBERG,

    Plaintiff,

v.                                              CASE NO. 4:05-cv-00076-MP-AK

CORRECTIONAL OFFICER TANNER,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 5, Report and Recommendations of the Magistrate Judge, recommending that this cause be transferred to the Middle District of Florida. No objections have been filed and the time for doing so has passed. The Court agrees that the Middle District is appropriate for this case because the events allegedly occurred at Hamilton Correctional Institution, which is in the Middle District. Accordingly, the Clerk is directed to transfer this case to the Middle District of Florida.

    **DONE AND ORDERED** this *23rd* day of June, 2005

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge